UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JASON WENK                                         CIVIL ACTION NO. 12-2847-P

VERSUS                                             JUDGE S. MAURICE HICKS, JR.

PARISH OF BOSSIER, ET AL.                          MAGISTRATE JUDGE HORNSBY

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including written objections filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Application for Preliminary Injunction (Record Document 7) be and is hereby **DENIED AS MOOT**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 27th day of August, 2013.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE