UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JASON WENK            CIVIL ACTION NO. 12-cv-2847

VERSUS            JUDGE STAGG

PARISH OF BOSSIER, ET AL            MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motions to Dismiss (Docs. 43, 45 and 64)** are **granted** and all of Plaintiff's remaining claims are **dismissed with prejudice** for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 1st day of August, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE